

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00354-CV

**Alfred F. Bernat**

**v.**

**Tomas Sotelo and Benancia Sotelo**

NO. 1016865 IN THE CO CIVIL CT AT LAW NO 4 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|:---:|:---:|:---:|:---:|:---:|
| MT FEE | $15.00 | 04/03/2014 | PAID | ANT |
| MT FEE | $15.00 | 02/20/2014 | PAID | ANT |
| MT FEE | $10.00 | 01/31/2014 | PAID | ANT |
| MT FEE | $10.00 | 12/19/2013 | PAID | ANT |
| MT FEE | $10.00 | 12/13/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 08/08/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 07/12/2013 | E-PAID | APE |
| MT FEE | $10.00 | 07/12/2013 | E-PAID | APE |
| MT FEE | $10.00 | 07/01/2013 | PAID | ANT |
| MT FEE | $10.00 | 06/10/2013 | PAID | ANT |
| FILING | $175.00 | 05/20/2013 | PAID | ANT |
| CLK RECORD | $98.00 | 05/07/2013 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $373.00.**

*Court costs in this case have been taxed in this Court's judgment*

   I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

       **IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this March 13, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**